AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Sergeants Benevolent Association Health & Welfare Fund, on behalf of itself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Taro Pharmaceuticals Industries, LTD., Taro Pharmaceuticals USA, Inc., Sun Pharmaceutical Industries LTD., Teva Pharmaceutical Industries LTD., and Teva Pharmaceuticals USA Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:16-cv-8911 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Taro Pharmaceuticals Industries, LTD.
3 Skyline Drive Hawthorne, NY 10532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Peter Safirstein
Safirstein Metcalf LLP
1250 Broadway, 27th Floor, New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/16/2016                                                              /s/ P. Canales
                                                                          *Signature of Clerk or Deputy Clerk*

